**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**
**EASTERN DISTRICT OF LOUISIANA DIVISION**

In re: LOUISIANA LUMBER, LLC   § Case No. 11-12005-A
                               §
                               §
Debtor(s)                      §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Ronald J. Hof, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $102,763.72 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $851,521.13 | Claims Discharged Without Payment: $7,296,659.85 |
| Total Expenses of Administration: $475,544.68 | |

3) Total gross receipts of $ 1,327,065.81 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,327,065.81 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,913,429.40 | $22,000.00 | $5,863.91 | $5,863.91 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 475,544.68 | 475,544.68 | 475,544.68 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 63,277.19 | 36,118.66 | 36,118.66 | 36,118.66 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,484,886.23 | 7,076,247.42 | 6,993,415.88 | 809,538.56 |
| **TOTAL DISBURSEMENTS** | $5,461,592.82 | $7,609,910.76 | $7,510,943.13 | $1,327,065.81 |

4) This case was originally filed under Chapter 7 on June 21, 2011. The case was pending for 81 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/20/2018     By: /s/Ronald J. Hof
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Funds on deposit | 1129-000 | 4,252.10 |
| 2 trucks and 11 pieces of equipment | 1129-000 | 42,090.00 |
| Miscellaneous computers, office equipment and fu | 1129-000 | 3,065.50 |
| Miscellaneous hardware, doors and windows | 1129-000 | 6,702.00 |
| Van Haelen judgment lien | 1249-000 | 5,000.00 |
| Possible preferences | 1241-000 | 10,000.00 |
| Ewing judgment lien | 1249-000 | 1,500.00 |
| Bourgeous judgment lien | 1249-000 | 2,515.00 |
| Refund of court costs | 1229-000 | 86.41 |
| BP Claim | 1249-000 | 1,251,854.00 |
| Interest Income | 1270-000 | 0.80 |
| **TOTAL GROSS RECEIPTS** | | **$1,327,065.81** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4S | Regions Bank | 4210-000 | 1,913,429.40 | 22,000.00 | 5,863.91 | 5,863.91 |
| **TOTAL SECURED CLAIMS** | | | **$1,913,429.40** | **$22,000.00** | **$5,863.91** | **$5,863.91** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Ronald J. Hof | 2100-000 | N/A | 63,061.97 | 63,061.97 | 63,061.97 |
| Trustee Expenses - Ronald J. Hof | 2200-000 | N/A | 434.21 | 434.21 | 434.21 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - Stewart Robbins & Brown, LLC | 3210-000 | N/A | 8,785.50 | 8,785.50 | 8,785.50 |
| Other - Stewart Robbins & Brown, LLC | 3220-000 | N/A | 162.85 | 162.85 | 162.85 |
| Auctioneer for Trustee Fees (including buyers premiums) - ServCorp International, | 3610-000 | N/A | 5,185.75 | 5,185.75 | 5,185.75 |
| Auctioneer for Trustee Expenses - ServCorp International, Inc. | 3620-000 | N/A | 4,691.45 | 4,691.45 | 4,691.45 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 72.45 | 72.45 | 72.45 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 83.65 | 83.65 | 83.65 |
| Other - Ronald J. Hof | 2300-000 | N/A | 32.05 | 32.05 | 32.05 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 71.58 | 71.58 | 71.58 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 73.89 | 73.89 | 73.89 |
| Other - Paul Douglas Stewart, Jr. | 3210-000 | N/A | 4,930.00 | 4,930.00 | 4,930.00 |
| Other - Paul Douglas Stewart, Jr. | 3220-000 | N/A | 451.29 | 451.29 | 451.29 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 67.24 | 67.24 | 67.24 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 68.84 | 68.84 | 68.84 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 60.35 | 60.35 | 60.35 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 66.46 | 66.46 | 66.46 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 64.25 | 64.25 | 64.25 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 57.90 | 57.90 | 57.90 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 68.22 | 68.22 | 68.22 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 64.86 | 64.86 | 64.86 |
| Other - Paul Douglas Stewart, Jr. | 3210-000 | N/A | 7,780.50 | 7,780.50 | 7,780.50 |
| Other - Paul Douglas Stewart, Jr. | 3220-000 | N/A | 1,931.89 | 1,931.89 | 1,931.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.64 | 37.64 | 37.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.54 | 34.54 | 34.54 |
| Other - Ronald J. Hof, Trustee | 2300-000 | N/A | 17.12 | 17.12 | 17.12 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.08 | 33.08 | 33.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 44.14 | 44.14 | 44.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 48.64 | 48.64 | 48.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 47.05 | 47.05 | 47.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 42.43 | 42.43 | 42.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 49.94 | 49.94 | 49.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 45.33 | 45.33 | 45.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.76 | 43.76 | 43.76 |
| Other - J. Edward Perron, Jr. | 3410-000 | N/A | 1,771.00 | 1,771.00 | 1,771.00 |
| Other - J. Edward Perron, Jr. | 3420-000 | N/A | 146.02 | 146.02 | 146.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 48.81 | 48.81 | 48.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 39.55 | 39.55 | 39.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 48.30 | 48.30 | 48.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 47.52 | 47.52 | 47.52 |
| Other - J. Edward Perron, Jr. | 3410-000 | N/A | 360.00 | 360.00 | 360.00 |
| Other - J. Edward Perron, Jr. | 3420-000 | N/A | 118.06 | 118.06 | 118.06 |
| Other - Ronald J. Hof | 2300-000 | N/A | 28.94 | 28.94 | 28.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 42.76 | 42.76 | 42.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.63 | 43.63 | 43.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 48.08 | 48.08 | 48.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 45.00 | 45.00 | 45.00 |
| Other - Cossich, Sumich, Parsiola & Taylor, LLC | 3210-600 | N/A | 312,963.50 | 312,963.50 | 312,963.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,436.55 | 1,436.55 | 1,436.55 |
| Other - Stewart, Robbins & Brown, LLC | 3210-000 | N/A | 6,592.50 | 6,592.50 | 6,592.50 |
| Other - Stewart, Robbins & Brown, LLC | 3220-000 | N/A | 889.94 | 889.94 | 889.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,344.70 | 1,344.70 | 1,344.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,426.29 | 1,426.29 | 1,426.29 |
| Other - Ronald J. Hof | 2300-000 | N/A | 286.12 | 286.12 | 286.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,244.66 | 1,244.66 | 1,244.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,375.82 | 1,375.82 | 1,375.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,240.83 | 1,240.83 | 1,240.83 |
| Other - United States Treasury | 2810-000 | N/A | 10,621.00 | 10,621.00 | 10,621.00 |
| Other - Louisiana Department of Revenue | 2820-000 | N/A | 20,277.00 | 20,277.00 | 20,277.00 |
| Other - Louisiana Department of Revenue | 2820-000 | N/A | 71.00 | 71.00 | 71.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,460.44 | 1,460.44 | 1,460.44 |
| Other - Louisiana Department of Revenue | 2820-000 | N/A | 1,045.00 | 1,045.00 | 1,045.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,291.58 | 1,291.58 | 1,291.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,235.08 | 1,235.08 | 1,235.08 |
| Other - Stewart, Robbins & Brown, LLC | 3210-000 | N/A | 4,438.75 | 4,438.75 | 4,438.75 |
| Other - Stewart, Robbins & Brown, LLC | 3220-000 | N/A | 426.83 | 426.83 | 426.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,402.90 | 1,402.90 | 1,402.90 |
| Other - J. Edward Perron, Jr. | 3410-000 | N/A | 888.00 | 888.00 | 888.00 |
| Other - J. Edward Perron, Jr. | 3420-000 | N/A | 763.21 | 763.21 | 763.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,224.49 | 1,224.49 | 1,224.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $475,544.68 | $475,544.68 | $475,544.68 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8P | Mississippi Dept. of Rev. | 5800-000 | 5,104.00 | 14,063.40 | 14,063.40 | 14,063.40 |
| 16 | Tax Collector, Parish of St. Tammany | 5800-000 | 10,645.32 | 10,645.32 | 10,645.32 | 10,645.32 |
| 19 | TAX COLLECTOR, PARISH OF ST. TAMMANY | 5800-000 | N/A | 11,409.94 | 11,409.94 | 11,409.94 |
| NOTFILED | LADR | 5200-000 | 2,761.27 | N/A | N/A | 0.00 |
| NOTFILED | St. Tammany Parish | 5800-000 | 17,923.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Tammany Parish | 5800-000 | 26,843.60 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $63,277.19 | $36,118.66 | $36,118.66 | $36,118.66 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Louisiana Millwork, LLC | 7100-000 | 10,319.94 | 10,141.48 | 10,141.48 | 4,300.27 |
| 2 | Ryder Truck Rental, Inc. | 7100-000 | N/A | 1,362.84 | 0.00 | 0.00 |
| 3 | Stringfellow Lumber, Company, LLC | 7100-000 | 15,990.08 | 19,229.06 | 19,229.06 | 8,153.65 |
| 4U | Regions Bank | 7100-000 | 1,942,969.73 | 1,599,370.10 | 1,599,370.10 | 678,177.11 |
| 5 | Morrison & Morrison, APLC | 7100-000 | N/A | 6,600.00 | 0.00 | 0.00 |
| 6 | Dyke Industries, Inc. | 7100-000 | 28,072.33 | 26,566.12 | 0.00 | 0.00 |
| 7 | Boise Cascade Bldg. Materials Dist. | 7100-000 | 35,699.33 | 35,699.33 | 35,699.33 | 15,137.50 |
| 8U | Mississippi Dept. of Rev. | 7300-000 | N/A | 1,392.00 | 1,392.00 | 0.00 |
| 9 | Interior Exterior Building Supply, L.P. | 7100-000 | N/A | 9,602.84 | 9,602.84 | 4,071.87 |
| 10 | Roberts/Cuccia Investments | 7100-000 | 176,040.00 | 79,150.00 | 79,150.00 | 33,561.79 |
| 11 | Primesource Building Prod. Inc. | 7100-000 | 12,211.13 | 12,211.13 | 12,211.13 | 5,177.86 |
| 12 | Cedar Creek of Louisiana | 7100-000 | 70,773.66 | 70,773.66 | 70,773.66 | 30,009.99 |
| 13 | Bluelinx Corporation | 7100-000 | 63,372.65 | 48,302.58 | 48,302.58 | 20,481.63 |
| 14 | Halsey Building Specialties, Inc. | 7100-000 | 0.00 | 5,015.76 | 5,015.76 | 2,126.82 |
| 15 | Great Southern Wood Preserving | 7100-000 | 19,416.12 | 19,668.70 | 19,668.70 | 8,340.07 |
| 17 | LSREF2 Baron, LLC | 7200-000 | N/A | 5,082,859.24 | 5,082,859.24 | 0.00 |
| 18 | Bluelinx Corporation | 7200-000 | N/A | 48,302.58 | 0.00 | 0.00 |
| 20 | MISSISSIPPI DEPARTMENT OF REVENUE | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 20 -2 | MISSISSIPPI DEPARTMENT OF REVENUE | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Jefferson Parish Dept. of Water | 7100-000 | 37.64 | N/A | N/A | 0.00 |
| NOTFILED | Paetec | 7100-000 | 2,718.67 | N/A | N/A | 0.00 |
| NOTFILED | LCTA Workers' Comp | 7100-000 | 1,954.00 | N/A | N/A | 0.00 |
| NOTFILED | Guzzardi Electronic Systems, Inc. | 7100-000 | 96.00 | N/A | N/A | 0.00 |
| NOTFILED | Direct Bill Services | 7100-000 | 201.00 | N/A | N/A | 0.00 |
| NOTFILED | Fastenal Company | 7100-000 | 144.00 | N/A | N/A | 0.00 |
| NOTFILED | Coastal Waste Services, Inc. | 7100-000 | 2,791.58 | N/A | N/A | 0.00 |
| NOTFILED | Direct Bill Services | 7100-000 | 2,270.09 | N/A | N/A | 0.00 |
| NOTFILED | Daimler Truck Financial | 7100-000 | 1,557.73 | N/A | N/A | 0.00 |
| NOTFILED | Parksite, Inc. | 7100-000 | 16,891.08 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes c/o Purchase Power | 7100-000 | 400.21 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Visa c/o Customer Service | 7100-000 | 49.00 | N/A | N/A | 0.00 |
| NOTFILED | Wes Wyman, Jr. | 7100-000 | 243,882.65 | N/A | N/A | 0.00 |
| NOTFILED | Visa c/o Customer Service | 7100-000 | 35.53 | N/A | N/A | 0.00 |
| NOTFILED | US Small Business Administration | 7100-000 | 658,478.73 | N/A | N/A | 0.00 |
| NOTFILED | Treen Permit Report-New Orleans | 7100-000 | 680.00 | N/A | N/A | 0.00 |
| NOTFILED | US Lumber Group, Inc. c/o Euler Hermes UMA | 7100-000 | 18,650.52 | N/A | N/A | 0.00 |
| NOTFILED | Sam's Club c/o GE Money Bank | 7100-000 | 3,291.95 | N/A | N/A | 0.00 |
| NOTFILED | State of Louisiana, DEQ Financial Services Division | 7100-000 | 118.80 | N/A | N/A | 0.00 |
| NOTFILED | Sprint c/o GC Services | 7100-000 | 1,076.53 | N/A | N/A | 0.00 |
| NOTFILED | Calwes Properties | 7100-000 | 143,469.27 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 2,639.83 | N/A | N/A | 0.00 |
| NOTFILED | American Express Business Platinum Card | 7100-000 | 11.99 | N/A | N/A | 0.00 |
| NOTFILED | Aflac | 7100-000 | 1,011.96 | N/A | N/A | 0.00 |
| NOTFILED | Accent Packaging Wire c/o Nationwide Recovery Systems | 7100-000 | 7,562.50 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$3,484,886.23** | **$7,076,247.42** | **$6,993,415.88** | **$809,538.56** |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-12005-A  **Trustee:** (380470) Ronald J. Hof
**Case Name:** LOUISIANA LUMBER, LLC  **Filed (f) or Converted (c):** 06/21/11 (f)
  **§341(a) Meeting Date:** 07/28/11
**Period Ending:** 03/20/18  **Claims Bar Date:** 11/14/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Funds on deposit | 7,108.77 | 4,252.10 | | 4,252.10 | FA |
| 2 | Various accounts receivable ($263,712.63 face va | 20,000.00 | 0.00 | | 0.00 | FA |
| 3 | Louisiana Lumber, LLC v. Bella Sera Homes, LLC | 82,763.72 | 82,763.72 | | 0.00 | FA |
| 4 | Louisiana Lumber, LLC v. Emile Van Haelen, et al | Unknown | 0.00 | | 0.00 | FA |
| 5 | 2 trucks and 11 pieces of equipment | 35,500.00 | 35,500.00 | | 42,090.00 | FA |
| 6 | Miscellaneous computers, office equipment and fu | 5,000.00 | 3,065.50 | | 3,065.50 | FA |
| 7 | Miscellaneous hardware, doors and windows | 2,000.00 | 0.00 | | 6,702.00 | FA |
| 8 | Van Haelen judgment lien (u) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 9 | Possible preferences (u) | Unknown | 10,000.00 | | 10,000.00 | FA |
| 10 | Ewing judgment lien (u) | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 11 | Bourgeous judgment lien (u) | 2,515.00 | 2,515.00 | | 2,515.00 | FA |
| 12 | Refund of court costs (u) | 86.41 | 86.41 | | 86.41 | FA |
| 13 | BP Claim (u) | 1,251,854.00 | 1,251,854.00 | | 1,251,854.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.80 | FA |
| 14 | **Assets Totals** (Excluding unknown values) | **$1,413,327.90** | **$1,396,536.73** | | **$1,327,065.81** | **$0.00** |

**Major Activities Affecting Case Closing:**

final account

**Initial Projected Date Of Final Report (TFR):** August 15, 2012   **Current Projected Date Of Final Report (TFR):** October 17, 2017 (Actual)

Printed: 03/20/2018 09:40 AM   V.13.32

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-12005-A | | Trustee: | Ronald J. Hof (380470) |
|---|---|---|---|---|
| Case Name: | LOUISIANA LUMBER, LLC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******51-65 - Checking Account |
| Taxpayer ID #: | **-***7770 | | Blanket Bond: | $32,290,398.00 (per case limit) |
| Period Ending: | 03/20/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/22/11 | {1} | Louisiana Lumber, LLC | Funds on deposit | 1129-000 | 4,252.10 | | 4,252.10 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 4,252.11 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,227.11 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,227.14 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,202.14 |
| 10/10/11 | {8} | Jackson & McPherson, LLC | Settlement proceeds re: Judgment 9/28/11 | 1249-000 | 5,000.00 | | 9,202.14 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 9,202.20 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,177.20 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,177.27 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,152.27 |
| 12/06/11 | 1001 | Stewart Robbins & Brown, LLC | Attorney fees & costs re: Order dated 11/30/11 | | | 8,948.35 | 203.92 |
| | | | Attorney fees 8,785.50 | 3210-000 | | | 203.92 |
| | | | Attorney expenses 162.85 | 3220-000 | | | 203.92 |
| 12/08/11 | | Servcorp International, Inc. | Auction proceeds | | 51,857.50 | | 52,061.42 |
| | {5} | | Trucks and equipment 42,090.00 | 1129-000 | | | 52,061.42 |
| | {7} | | Inventory 6,702.00 | 1129-000 | | | 52,061.42 |
| | {6} | | Office furniture & equipment 3,065.50 | 1129-000 | | | 52,061.42 |
| 12/13/11 | 1002 | ServCorp International, Inc. | Fee and costs of auctioneer | | | 9,877.20 | 42,184.22 |
| | | | Auctioneer's fee 5,185.75 | 3610-000 | | | 42,184.22 |
| | | | Auctioneer's costs 4,691.45 | 3620-000 | | | 42,184.22 |
| 12/13/11 | 1003 | Regions Bank | Net proceeds of auction of inventory | 4210-000 | | 5,863.91 | 36,320.31 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 36,320.62 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.45 | 36,248.17 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 36,248.49 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 83.65 | 36,164.84 |
| 02/06/12 | 1004 | Ronald J. Hof | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/24/2012 FOR CASE #11-12005 | 2300-000 | | 32.05 | 36,132.79 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.58 | 36,061.21 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 73.89 | 35,987.32 |
| 04/11/12 | 1005 | Paul Douglas Stewart, Jr. | Attorney fees & expenses | | | 5,381.29 | 30,606.03 |
| | | | Attorney fees 4,930.00 | 3210-000 | | | 30,606.03 |
| | | | Attorney expenses 451.29 | 3220-000 | | | 30,606.03 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 67.24 | 30,538.79 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 68.84 | 30,469.95 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.35 | 30,409.60 |

Subtotals : $61,110.40 $30,700.80

{} Asset reference(s)

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-12005-A  
**Case Name:** LOUISIANA LUMBER, LLC  
**Taxpayer ID #:** **-***7770  
**Period Ending:** 03/20/18  

**Trustee:** Ronald J. Hof (380470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******51-65 - Checking Account  
**Blanket Bond:** $32,290,398.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.46 | 30,343.14 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.25 | 30,278.89 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.90 | 30,220.99 |
| 10/29/12 | {10} | Tonry, Brinson & Glorioso, LLC | Settlement of judgment lien | 1249-000 | 1,500.00 | | 31,720.99 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 68.22 | 31,652.77 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.86 | 31,587.91 |
| 12/14/12 | 1006 | Paul Douglas Stewart, Jr. | Attorney fees and costs re: Order dated 12/13/12 | | | 9,712.39 | 21,875.52 |
| | | | Attorney fees  7,780.50 | 3210-000 | | | 21,875.52 |
| | | | Attorney's expenses  1,931.89 | 3220-000 | | | 21,875.52 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001038047088 20121220 | 9999-000 | | 21,875.52 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 62,610.40 | 62,610.40 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 21,875.52 | |
| | | | **Subtotal** | | 62,610.40 | 40,734.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$62,610.40** | **$40,734.88** | |

{} Asset reference(s)

Printed: 03/20/2018 09:40 AM  V.13.32

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-12005-A  
**Case Name:** LOUISIANA LUMBER, LLC  
**Taxpayer ID #:** **-***7770  
**Period Ending:** 03/20/18  

**Trustee:** Ronald J. Hof (380470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8366 - Checking Account  
**Blanket Bond:** $32,290,398.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 21,875.52 | | 21,875.52 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.64 | 21,837.88 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.54 | 21,803.34 |
| 02/05/13 | 11007 | Ronald J. Hof, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/22/2013 FOR CASE #11-12005 | 2300-000 | | 17.12 | 21,786.22 |
| 02/19/13 | {9} | Regions Bank | Settlement of preference claim re: Order 12/18/12 | 1241-000 | 10,000.00 | | 31,786.22 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.08 | 31,753.14 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.14 | 31,709.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.64 | 31,660.36 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.05 | 31,613.31 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.43 | 31,570.88 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.94 | 31,520.94 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.33 | 31,475.61 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.76 | 31,431.85 |
| 10/14/13 | 11008 | J. Edward Perron, Jr. | Accountant's fees & expenses re: Order 10/11/13 | | | 1,917.02 | 29,514.83 |
| | | | Accountant's fees 1,771.00 | 3410-000 | | | 29,514.83 |
| | | | Accountant's expenses 146.02 | 3420-000 | | | 29,514.83 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.81 | 29,466.02 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.55 | 29,426.47 |
| 12/16/13 | {12} | Malise Prieto, Clerk of Court | Refund of court costs | 1229-000 | 86.41 | | 29,512.88 |
| 12/16/13 | {11} | Law Offices of Ferdinand J. Kleppner | Payment of judgment lien re: Bourgeois | 1249-000 | 2,515.00 | | 32,027.88 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.30 | 31,979.58 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.52 | 31,932.06 |
| 02/19/14 | 11009 | J. Edward Perron, Jr. | Accountant's fee & expenses re: Order dated 2/18/14 | | | 478.06 | 31,454.00 |
| | | | Accountant's fee 360.00 | 3410-000 | | | 31,454.00 |
| | | | Accountant's expenses 118.06 | 3420-000 | | | 31,454.00 |
| 02/19/14 | 11010 | Ronald J. Hof | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/28/2014 FOR CASE #11-12005, Pro rata bond premiun payments | 2300-000 | | 28.94 | 31,425.06 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.76 | 31,382.30 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.63 | 31,338.67 |

Subtotals : $34,476.93  $3,138.26

{} Asset reference(s)

Printed: 03/20/2018 09:40 AM  V.13.32

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 11-12005-A | | Trustee: | Ronald J. Hof (380470) |
|---|---|---|---|---|
| Case Name: | LOUISIANA LUMBER, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8366 - Checking Account |
| Taxpayer ID #: | **-***7770 | | Blanket Bond: | $32,290,398.00 (per case limit) |
| Period Ending: | 03/20/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.08 | 31,290.59 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.00 | 31,245.59 |
| 08/19/14 | 11011 | Mississippi Dept. of Rev. | Dividend paid 66.50% on $14,063.40; Claim# 8P; Filed: $14,063.40; Reference: | 5800-000 | | 9,352.96 | 21,892.63 |
| 08/19/14 | 11012 | Tax Collector, Parish of St. Tammany | Dividend paid 66.50% on $10,645.32; Claim# 16; Filed: $10,645.32; Reference: | 5800-000 | | 7,079.74 | 14,812.89 |
| 08/19/14 | 11013 | TAX COLLECTOR, PARISH OF ST. TAMMANY | Dividend paid 66.50% on $11,409.94; Claim# 19; Filed: $11,409.94; Reference: | 5800-000 | | 7,588.26 | 7,224.63 |
| 08/19/14 | 11014 | Ronald J. Hof | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 7,224.63 | 0.00 |
| | | | Dividend paid 100.00%    7,010.59<br>on $7,010.59; Claim# ;<br>Filed: $7,010.59 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    214.04<br>on $214.04; Claim# ;<br>Filed: $214.04 | 2200-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 34,476.93 | 34,476.93 | $0.00 |
| | | | Less: Bank Transfers | | 21,875.52 | 0.00 | |
| | | | **Subtotal** | | 12,601.41 | 34,476.93 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $12,601.41 | $34,476.93 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 11-12005-A  
**Case Name:** LOUISIANA LUMBER, LLC  
**Taxpayer ID #:** **-***7770  
**Period Ending:** 03/20/18  

**Trustee:** Ronald J. Hof (380470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6566 - Checking Account  
**Blanket Bond:** $32,290,398.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/21/16 | | Cossich, Sumich, Parsiola & Taylor, LLC | Net settlement proceeds from BP claim | | 938,890.50 | | 938,890.50 |
| | {13} | | Net settlement proceeds   1,251,854.00 | 1249-000 | | | 938,890.50 |
| | | | Attorney fees re: Order   -312,963.50<br>10/11/16 | 3210-600 | | | 938,890.50 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,436.55 | 937,453.95 |
| 12/26/16 | 101 | Stewart, Robbins & Brown, LLC | Attorney's fees and expenses re: Order 12/22/16 | | | 7,482.44 | 929,971.51 |
| | | | Attorney's fee   6,592.50 | 3210-000 | | | 929,971.51 |
| | | | Attorney's expenses   889.94 | 3220-000 | | | 929,971.51 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,344.70 | 928,626.81 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,426.29 | 927,200.52 |
| 02/22/17 | 102 | Ronald J. Hof | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2017 FOR CASE #11-12005, Bond premium reimbursement | 2300-000 | | 286.12 | 926,914.40 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,244.66 | 925,669.74 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,375.82 | 924,293.92 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,240.83 | 923,053.09 |
| 05/31/17 | 103 | United States Treasury | 2016 Form 1120 taxes -TIN 72-1507700 | 2810-000 | | 10,621.00 | 912,432.09 |
| 05/31/17 | 104 | Louisiana Department of Revenue | 2016 Form CIFT-620 taxes - La. Rev. Acct. #4356663001 | 2820-000 | | 20,277.00 | 892,155.09 |
| 05/31/17 | 105 | Louisiana Department of Revenue | 2013 Form CIFT-620 taxes - La. Rev. Acct. #4356663001 | 2820-000 | | 71.00 | 892,084.09 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,460.44 | 890,623.65 |
| 06/16/17 | 106 | Louisiana Department of Revenue | Taxes due on final tax return | 2820-000 | | 1,045.00 | 889,578.65 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,291.58 | 888,287.07 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,235.08 | 887,051.99 |
| 08/23/17 | 107 | Stewart, Robbins & Brown, LLC | Attorney's fees and expenses re: Order 8/22/17 | | | 4,865.58 | 882,186.41 |
| | | | Attorney's fee   4,438.75 | 3210-000 | | | 882,186.41 |
| | | | Attorney's expenses   426.83 | 3220-000 | | | 882,186.41 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,402.90 | 880,783.51 |
| 09/22/17 | 108 | J. Edward Perron, Jr. | Accountant's fee & expenses re: Order 9/21/17 | | | 1,651.21 | 879,132.30 |
| | | | Accountant's fee   888.00 | 3410-000 | | | 879,132.30 |
| | | | Accountant's expenses   763.21 | 3420-000 | | | 879,132.30 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,224.49 | 877,907.81 |
| 11/21/17 | 109 | Mississippi Dept. of Rev. | Dividend paid 100.00% on $14,063.40; Claim# 8P; Filed: $14,063.40; Reference: | 5800-000 | | 4,710.44 | 873,197.37 |

Subtotals :   $938,890.50   $65,693.13

{} Asset reference(s)

Printed: 03/20/2018 09:40 AM   V.13.32

Exhibit 9

## Form 2
## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 11-12005-A  
**Case Name:** LOUISIANA LUMBER, LLC  
**Taxpayer ID #:** **-***7770  
**Period Ending:** 03/20/18  

**Trustee:** Ronald J. Hof (380470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6566 - Checking Account  
**Blanket Bond:** $32,290,398.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/17 | 110 | Tax Collector, Parish of St. Tammany | Dividend paid 100.00% on $10,645.32; Claim# 16; Filed: $10,645.32; Reference: XXXXXX0979 | 5800-000 | | 3,565.58 | 869,631.79 |
| 11/21/17 | 111 | TAX COLLECTOR, PARISH OF ST. TAMMANY | Dividend paid 100.00% on $11,409.94; Claim# 19; Filed: $11,409.94; Reference: | 5800-000 | | 3,821.68 | 865,810.11 |
| 11/21/17 | 112 | Louisiana Millwork, LLC | Dividend paid 42.40% on $10,141.48; Claim# 1; Filed: $10,141.48; Reference: XX2266 | 7100-000 | | 4,300.27 | 861,509.84 |
| 11/21/17 | 113 | Stringfellow Lumber, Company, LLC | Dividend paid 42.40% on $19,229.06; Claim# 3; Filed: $19,229.06; Reference: X0596 | 7100-000 | | 8,153.65 | 853,356.19 |
| 11/21/17 | 114 | Regions Bank | Dividend paid 42.40% on $1,599,370.10; Claim# 4U; Filed: $1,599,370.10; Reference: | 7100-000 | | 678,177.11 | 175,179.08 |
| 11/21/17 | 115 | Boise Cascade Bldg. Materials Dist. | Dividend paid 42.40% on $35,699.33; Claim# 7; Filed: $35,699.33; Reference: LOULUSL | 7100-000 | | 15,137.50 | 160,041.58 |
| 11/21/17 | 116 | Interior Exterior Building Supply, L.P. | Dividend paid 42.40% on $9,602.84; Claim# 9; Filed: $9,602.84; Reference: | 7100-000 | | 4,071.87 | 155,969.71 |
| 11/21/17 | 117 | Roberts/Cuccia Investments | Dividend paid 42.40% on $79,150.00; Claim# 10; Filed: $79,150.00; Reference: | 7100-000 | | 33,561.79 | 122,407.92 |
| 11/21/17 | 118 | Primesource Building Prod. Inc. | Dividend paid 42.40% on $12,211.13; Claim# 11; Filed: $12,211.13; Reference: XX2315 | 7100-000 | | 5,177.86 | 117,230.06 |
| 11/21/17 | 119 | Cedar Creek of Louisiana | Dividend paid 42.40% on $70,773.66; Claim# 12; Filed: $70,773.66; Reference: LOULUMSLLA | 7100-000 | | 30,009.99 | 87,220.07 |
| 11/21/17 | 120 | Bluelinx Corporation | Dividend paid 42.40% on $48,302.58; Claim# 13; Filed: $48,302.58; Reference: | 7100-000 | | 20,481.63 | 66,738.44 |
| 11/21/17 | 121 | Halsey Building Specialties, Inc. | Dividend paid 42.40% on $5,015.76; Claim# 14; Filed: $5,015.76; Reference: LOULUM | 7100-000 | | 2,126.82 | 64,611.62 |
| 11/21/17 | 122 | Great Southern Wood Preserving | Dividend paid 42.40% on $19,668.70; Claim# 15; Filed: $19,668.70; Reference: | 7100-000 | | 8,340.07 | 56,271.55 |
| 11/21/17 | 123 | Ronald J. Hof | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 56,271.55 | 0.00 |
| | | | Dividend paid 100.00% on $63,061.97; Claim# ; Filed: $63,061.97     56,051.38 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $434.21; Claim# ; Filed: $434.21     220.17 | 2200-000 | | | 0.00 |

Subtotals :  $0.00  $873,197.37

{} Asset reference(s)  
Printed: 03/20/2018 09:40 AM  V.13.32

Exhibit 9

## Form 2
## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 11-12005-A  
**Case Name:** LOUISIANA LUMBER, LLC  

**Taxpayer ID #:** **-***7770  
**Period Ending:** 03/20/18  

**Trustee:** Ronald J. Hof (380470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6566 - Checking Account  
**Blanket Bond:** $32,290,398.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 938,890.50 | 938,890.50 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 938,890.50 | 938,890.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$938,890.50** | **$938,890.50** | |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ****-******51-65** | | 62,610.40 | 40,734.88 | 0.00 |
| **Checking # ******8366** | | 12,601.41 | 34,476.93 | 0.00 |
| **Checking # ******6566** | | 938,890.50 | 938,890.50 | 0.00 |
| | | **$1,014,102.31** | **$1,014,102.31** | **$0.00** |

{} Asset reference(s)